IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARCELL ROBINSON**                                                                                                  **PLAINTIFF**
**ADC #149027**

v.                                        No: 4:19-cv-00231 JM-PSH

**ADAMS,** *et al.*                                                                                                           **DEFENDANTS**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Marcell Robinson filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on April 5, 2019 (Doc. No. 2), and was subsequently granted leave to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a) (Doc. No. 5). Defendant Deborah Adams moves to dismiss Robinson's case for failure to prosecute (Doc. Nos. 10 & 11). Adams submits an Affidavit of Attempted Service showing that correspondence mailed to Robinson on May 9, 2019, was returned as undeliverable with a notation that Robinson had been paroled (Doc. No. 10-1). On July 9, 2019, the Court entered a text order informing Robinson that if he intended to respond to the defendant's motion, he must do so within 14 days (Doc. No. 12). The Court's text order was sent to Robinson's

last known address but returned as undeliverable with a notation that he had been paroled (Doc. No. 13).

More than 14 days have passed, and Robinson has not responded to Adams' motion and mail sent to Robinson has been returned as undeliverable. Accordingly, the Court finds that this action should be dismissed without prejudice based on Robinson's failure to prosecute and to comply with Local Rule 5.5(c)(2). *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Adams' motion to dismiss (Doc. No. 10) be granted and Robinson's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 29th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE