# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARCELL ROBINSON**                                                    **PLAINTIFF**
**ADC #149027**

v.                  No: 4:19-cv-00231 JM

**ADAMS,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Adams' motion to dismiss (Doc. No. 10) is granted and Robinson's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE

DATED this 15th day of August, 2019.

                                                                   UNITED STATES DISTRICT JUDGE