# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARCELL ROBINSON**                                                          **PLAINTIFF**
**ADC #149027**

v.                         **No: 4:19-cv-00231 JM**

**ADAMS,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 15th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE